| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | Christopher David Silva |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-00149 LJO-SKO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING HEARING ON VIOLATION |
| vs. | ) PETITION |
| | ) |
| CHRISTOPHER DAVID SILVA, | ) DATE: March 6, 2017 |
| | ) TIME:    8:30 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing on the violation petition in the above-captioned matter now set for February 6, 2017 may be continued to March 6, 2017 at 8:30 a.m.

This continuance is at the request of defense counsel after consultation with United States Probation Officer Jose Pulido.  USPO Pulido has informed defense counsel that Mr. Silva is set to complete the inpatient portion of the WestCare program at the end of February and transition into the aftercare competent and defense would like to see Mr. Silva make that transition before proceeding with sentencing.

As this is a sentencing hearing on a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

///

Respectfully submitted,

PHILLIP A. TABLERT
United States Attorney

DATED: January 31, 2017                By:     /s/ Ross Pearson
                                               ROSS PEARSON
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 31, 2017                By:     /s/ *Charles J. Lee*
                                               CHARLES J. LEE
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               CHRISTOPHER SILVA


**O R D E R**

IT IS SO ORDERED.

Dated:   **January 31, 2017**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE